# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 16, 2022

Lyle W. Cayce
Clerk

No. 21-11113
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ROARYRIOUS PERKINS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CR-24-1

Before SOUTHWICK, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Roaryrious
Perkins has moved for leave to withdraw and has filed a brief in accordance
with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632
F.3d 229 (5th Cir. 2011). Perkins has filed a response. As to Perkins's claims

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

of ineffective assistance of counsel, the record is not sufficiently developed to allow us to make a fair evaluation of them; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

Otherwise, we have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Perkins's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.